```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X        CHAPTER 13

In Re:                                                                CASE NO. 1-23-43898-NHL

        Bibi Akleema Khan,

                                Debtor(s).
-------------------------------------------------------------X
```

## ORDER GRANTING IN REM RELIEF
## FROM THE AUTOMATIC STAY

On February 1, 2024, the Motion (the "Motion") of LNV Corporation (the "Movant"), dated December 29, 2023, came before the Court, for relief from the automatic stay with respect to the collateral known as 86-46 127th Street, Richmond Hill, NY 11418 (the "Collateral"). Proper notice of the hearing has been provided. Karen Migdal, Esq. (Counsel to Movant) appeared at the hearing. Having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

ORDERED, that the automatic stay imposed pursuant to 11 U.S.C. §362(a), is hereby terminated pursuant to 11 U.S.C. §362(d)(4)(B) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable non-bankruptcy law to exercise its remedies against the Collateral; and it is further

ORDERED, that pursuant to 11U.S.C. §362(d)(4), if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under the Bankruptcy Code purporting to affect such real property filed no later than 2 years after the date of entry of this Order, except that a debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing; and it is further

ORDERED, that pursuant to 11 U.S.C. §362(d)(4), any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of an order described in this subsection for indexing and recording; and it is further

ORDERED, that the Chapter 13 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report [*if applicable*] and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

ORDERED, that Movant may offer a loan modification, loss mitigation and any other resolution of the disputes made the subject of the Motion in addition to or in lieu of taking any and all action under applicable state law to exercise its remedies against the Collateral, to the extent consistent with non-bankruptcy law, but excluding a reaffirmation of any discharged debt; and it is further

ORDERED, that all other relief sought in the Motion is denied.



Dated: February 26, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**